# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK PRESTON COVERSUP,<br><br>Defendant. | Case No. CR-19-15-BLG-SPW<br><br>ORDER TO<br>MODIFY CURFEW HOURS |

Upon the Unopposed Motion to Modify Curfew Hours filed by Defendant and for good cause appearing,

IT IS HEREBY ORDERED that the curfew hours indicated in Condition #21 of Defendant's release order (Doc. 18) be modified to 9 p.m. to 5 a.m. to accommodate a change in work hours.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 22nd day of April, 2019.

_____
TIMOTHY J. CAVAN
U.S. MAGISTRATE COURT JUDGE