IN THE UNITED STATES COURTS
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK PRESTON COVERSUP,<br><br>Defendant. | CR-19-015-BLG-SPW<br><br>ORDER EXCLUDING SPECTATORS DURING JURY SELECTION |

Due to COVID-19 restrictions, the Court is unable to provide proper social distancing for any spectators during jury selection on July 13, 2020.

Accordingly, IT IS HEREBY ORDERED spectators will be excluded from jury selection on July 13, 2020. Spectators will be permitted into the courthouse once the jury trial begins.

DATED this 10th of July, 2020.

Susan P. Watters
United States District Judge