UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-19-15-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JACK PRESTON COVERSUP, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 14th day of July, 2020.

_Susan P. Watters_
Honorable Susan P. Watters
United States District Judge